IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BIOAMBER INC.,[1]<br>Debtor in a foreign proceeding. | Chapter 15<br>Case No. 18-11291 (LSS)<br>**Re: Docket No. 2** |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 30th day of May, 2018, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**DECLARATION OF MARIO SETTINO IN SUPPORT OF (I) VERIFIED CHAPTER 15 PETITION; AND (II) MOTION OF FOREIGN REPRESENTATIVE FOR ENTRY OF ORDER GRANTING RECOGNITION OF FOREIGN MAIN PROCEEDING AND CERTAIN RELATED RELIEF**

/s/ Colin R. Robinson
Colin R. Robinson (DE Bar No. 5524)

---

[1] The last four digits of the Debtor's federal tax identification number are 1045. The Debtor's principal offices are located at 1250 René-Lévesque Blvd. West, Suite 4310, Montréal, Québec H3B 4W8, Canada.

BioAmber 20 Largest Creditors Service List
for Chapter 15– FCM
Case No. 18-11078 (LSS)
Document No. 219703
11 – First Class Mail
09 – Foreign First Class Mail

*FIRST CLASS MAIL*
Cargill Inc.
Dept 5 FDC Unit 9001
Minneapolis, MN 55440

*FIRST CLASS MAIL*
Ellen Richstone
67 Bullard Road
Weston, MA 02493

*FIRST CLASS MAIL*
Kenneth W. Wall
1847 Huntsman Lane
West Chester, PA 19382

*FIRST CLASS MAIL*
Raymond J. Land
325 Point Lobos Drive
Satellite Beach, FL 32937

*FIRST CLASS MAIL*
Broadridge ICS
PO Box 416423
Boston, MA 02241-6423

*FIRST CLASS MAIL*
Imeet
PO Box 404351
Atlanta, GA 30384-4351

*FIRST CLASS MAIL*
Metro Sales Inc.
1620 East 78th Street
Minneapolis, MN 55423-4637

*FIRST CLASS MAIL*
Nexant Inc.
Dept Ch 16356
Palatine, IL 60055-6356

*FIRST CLASS MAIL*
NYSE Market Inc.
Box 223695
Pittsburgh, PA 15251-2695

*FIRST CLASS MAIL*
Park Avenue of Wayzata
15210 Wayzata Boulevard
Wayzata, MN 55391

*FIRST CLASS MAIL*
Richard Eno
31 York Road
Winchester, MA 01890-3854

*FOREIGN FIRST CLASS*
Robert Frost
46 Birch Grove
London
W39ss GB
England

*FOREIGN FIRST CLASS*
Tecnon OrbiChem Ltd.
2 Landsdowne Road
Croydon Surrey
London
CR9 2ER
England

*FOREIGN FIRST CLASS*
TSX INC.—Toronto Stock Exchange
130 King West
Toronto, ON
M5X 1J2
Canada

*FOREIGN FIRST CLASS*
Intergos - France Government Contributions
TSA 20 001 Noisy-le-grand
Cedex 938089
France

*FOREIGN FIRST CLASS*
Deloitte Management Services LP
M11459C
PO Box 11459
Downtown Branch
Montreal, QC
H3C 5l6
Canada

*FOREIGN FIRST CLASS*
Mitsui & Co. Ltd
C.P.O. Box # 822
Tokyo
1008631
Japan

*FOREIGN FIRST CLASS*
Reverdia
6167 Road Green
Urmonderbann 20H
Netherlands

*FOREIGN FIRST CLASS*
Heinz Haller
Ritomgasse 8
CH-6490 Andermatt 6490 CH
Switzerland

*FOREIGN FIRST CLASS*
Kurt Briner
10 Av de Grande
Britagne, Monaco 98000