IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIOAMBER INC.,[1]<br><br>Debtor in a foreign proceeding. | Chapter 15<br><br>Case No. 18-11291 (LSS)<br><br>Related Docket No. 15 |

## NOTICE OF FILING <u>EXHIBIT D</u> TO MOTION OF FOREIGN REPRESENTATIVE FOR ENTRY OF AN ORDER (I) RECOGNIZING CANADIAN SALE ORDER, (II) AUTHORIZING AND APPROVING SALE OF ASSETS, AND (III) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on September 20, 2018, PricewaterhouseCoopers Inc., the authorized foreign representative ("<u>PwC</u>" or "<u>Foreign Representative</u>") of the above-captioned debtor ("<u>BioAmber</u>" or the "<u>Debtor</u>") in proceedings (the "<u>CCAA Proceeding</u>") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "<u>CCAA</u>"), pending before the Québec Superior Court, Commercial Division (the "<u>Canadian Court</u>"), in the above-captioned chapter 15 case, filed the *Motion of Foreign Representative for Entry of an Order (I) Recognizing Canadian Sale Order, (II) Authorizing and Approving Sale of Assets, and (III) Granting Related Relief* (the "<u>Motion</u>") [Docket No. 15].

---

[1] The last four digits of the Debtor's federal tax identification number are 1045. The Debtor's principal offices are located at 1250 René-Lévesque Blvd. West, Suite 4310, Montréal, Québec H3B 4W8, Canada.

DOCS_DE:221278.1 09588/001

**PLEASE TAKE FURTHER NOTICE** that attached hereto is <u>Exhibit D</u> that was inadvertently not originally filed with the Motion.

Dated: October 1, 2018

PACHULSKI STANG ZIEHL & JONES LLP

<u>/s/ *Colin R. Robinson*   </u>
Jeremy Richards (CA Bar No. 102300)
Colin R. Robinson (DE Bar No. 5524)
Jason H. Rosell (CA Bar No. 269126)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:    jrichards@pszjlaw.com
    crobinson@pszjlaw.com
    jrosell@pszjlaw.com

*Counsel to the Foreign Representative*